**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| LUIS URGILES, ANGEL MENDIOLA, ALEJANDRO MORALES, and LEONEL NOLASCO, | ) ) ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 16 CV 1956 |
| | ) | |
| v. | ) | Judge Samuel Der-Yeghiayan |
| | ) | |
| ROLL & ROLL METAL FABRICATORS, INC., ANTONIO ALVAREZ, individually, and JOSE ALVAREZ, individually, | ) ) ) | Magistrate Judge Sheila Finnegan |
| | ) | |
| Defendants. | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(iii), Plaintiffs Luis Urgiles, Angel Mendiola, Alejandro Morales, and Leonel Nolasco, having resolved this matter, stipulate to the voluntary dismissal of this lawsuit with prejudice and without the assessment of costs and/or attorneys' fees against any party.

Respectfully submitted,

Dated: November 17, 2016

s/Lydia Colunga-Merchant
Lydia Colunga-Merchant
Raise the Floor Alliance – Legal Dept.
1 N. LaSalle, Suite 1275
Chicago, IL 60602

*Attorney for Plaintiffs*